**OKLAHOMA, K. & M. R. CO. v. McGHEE.**

No. 10309—Opinion Filed Nov. 15, 1921.

Rehearing Denied Dec. 13, 1921.

(Syllabus.)

**Railroads—Crossing Accident—Personal Injuries—Case Followed.**

Affirmed upon authority of Oklahoma, K. & M. R. Co. v. A. P. Wilson, 84 Okla. 118, 202 Pac. 275, and Oklahoma, K. & M. R. Co. v. Ila McGhee, 84 Okla. 116, 202 Pac. 277, this day handed down.

Error from District Court, Ottawa County; Preston S. Davis, Judge.

Action by Roy McGhee against the Oklahoma, K. & M. Railway Company for damages for personal injuries. Judgment for plaintiff and defendant brings error. Affirmed.

Arthur Miller and E. S. Bessey, for plaintiff in error.

Smith & McGhee, for defendant in error.

KANE, J. This was an action for damages for personal injuries, commenced by the defendant in error, plaintiff below, against the plaintiff in error, defendant below. Upon trial to a jury there was a verdict for the plaintiff, to reverse which this proceeding in error was commenced.

As this case differs in no material respect in either the facts or the questions of law involved from Oklahoma, K. & M. R. Co. v. A. P. Wilson, 84 Okla. 118, 202 Pac. 275, and Oklahoma, K. & M. R. Co. v. Ila McGhee, 84 Okla. 116, 202 Pac. 277, in which opinions have been this day handed down, it will not be necessary to restate the facts or reconsider the assignments of error presented for review.

Upon the authority of the former cases, the judgment of the trial court is affirmed.

HARRISON, C. J., and JOHNSON, MILLER, and KENNAMER, JJ., concur.

---

**OKLAHOMA, K. & M. R. CO. v. WILSON.**

No. 10310—Opinion Filed Nov. 15, 1921.

Rehearing Denied Dec. 13, 1921.

(Syllabus.)

**Railroads—Crossing Accident—Action for Personal Injuries—Case Followed.**

Affirmed upon authority of Oklahoma, K. & M. R. Co. v. A. P. Wilson, 84 Okla. 118, 202 Pac. 275, Oklahoma, K. & M. R. Co. v. Ila McGhee, 84 Okla. 116, 202 Pac. 277, and Oklahoma, K. & M. R. Co. v. Roy McGhee, 84 Okla. 116, 202 Pac. 279, this day handed down.

Error from District Court, Ottawa County; Preston S. Davis, Judge.

Action by Henryetta Wilson against the Oklahoma, K. & M. Railway Company for damages for personal injuries. Judgment for plaintiff, and defendant brings error. Affirmed.

Arthur Miller and E. S. Bessey, for plaintiff in error.

Smith & McGhee, for defendant in error.

KANE, J. This was an action for damages for personal injuries, commenced by the defendant in error, plaintiff below, against the plaintiff in error, defendant below. Upon trial to a jury there was a verdict for the plaintiff, to reverse which this proceeding in error was commenced.

As this action differs in no material respect in either the facts or the questions of law involved from Oklahoma, K. & M. R. Co. v. A. P. Wilson and Oklahoma, K. & M. R. Co. v. Ila McGhee, and Oklahoma, K. & M. R. Co. v. Roy McGhee, in which opinions have been this day handed down, it will not be necessary to restate the facts or reconsider the assignments of error presented for review.

Upon the authority of the former cases, the judgment of the trial court is affirmed.

HARRISON, C. J., and JOHNSON, MILLER, and KENNAMER, JJ., concur.